IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2019 OCT -2 PM 1: 37
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. EP-19-CR- |
| Plaintiff, | INDICTMENT |
| v. | CT 1: 21:952(a)-Importation of a Controlled Substance; and |
| EMMANUEL VALENZUELA RIOS, | CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute. |
| Defendant. | 3:19-cr-03145-KC |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 952(a) & 960(a)(1) & 960(b)(4))

That on or about September 3, 2019, in the Western District of Texas, Defendant,

**EMMANUEL VALENZUELA RIOS,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & 960(b)(4).

Rev. 2017-07-28

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about September 3, 2019, in the Western District of Texas, Defendant,

**EMMANUEL VALENZUELA RIOS,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & 841(b)(1)(D).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev. 2017-07-28